UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00319-14 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TIMOTHY GENTRY | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a *pro se* Motion for Permission to Add to Motion for Compassionate Release filed by Defendant Timothy Gentry ("Gentry"). See Record Document 1002. First, the Court notes that Gentry's Motion for Compassionate Release (Record Document 988) has been denied without prejudice. See Record Document 996. He may re-file his motion once he has achieved one of the two avenues for exhaustion under Section 3582(c)(1)(A). See id. Thus, there is no pending motion "to add to" and Gentry should simply re-file his motion.

In the instant motion, Gentry once again raises issues regarding the Bureau of Prisons ("BOP"). As stated in an earlier order, Gentry must file a separate civil action if he is alleging a violation of constitutional rights to access the courts. See Record Document 996 at 4, n. 1. Finally, this Court sees no basis to modify its prior ruling as to appointment of counsel. See id. at 1. Here, the Federal Public Defender's Office notified the Court on July 9, 2020 that its office would not be enrolling on behalf of Gentry. Appointment of counsel is not required in this matter under the Criminal Justice Act. See U.S. v. Whitebird, 55 F.3d 1007 (5th Cir. 1995). This Court has again reviewed the record and declines to use its discretionary power to appoint counsel in this matter.

Accordingly, for the foregoing reasons,

**IT IS ORDERED** that Gentry's *pro se* Motion for Permission to Add to Motion for Compassionate Release (Record Document 1002) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 12th day of January, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT