# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00319-14/18 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TIMOTHY GENTRY (14)<br>LARRY RIDLEY (18) | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is a "Motion for Permission to Assist Larry Ridley in His Motion for Compassionate Release" (Record Document 1015) filed by Timothy Gentry ("Gentry"). Gentry is a co-defendant of Larry Ridley. Both men are in the custody of the Bureau of Prisons, but housed at different facilities.

The relief sought in the instant motion is somewhat unclear. It appears Gentry may be seeking to act as the equivalent of an inmate counsel in the Louisiana prison system, specifically asking to assist Ridley with his compassionate release motion. While the Court recognizes the valuable services provided by inmate counsel, inmate counsel are not attorneys. They are not admitted to the practice of law, but instead offer aid and assistance, without cost or fee, to an accused offender in the preparation and presentation of his defense, appeal, or other legal issues. See generally Samuels v. Arnold, No. CIV.A. 11-201, 2014 WL 3045475, at *1 (W.D. La. July 3, 2014). Gentry is free to aid and assist Ridley in researching and working on his motion for compassionate release. However, because Gentry is not admitted to the practice of law, he cannot file any pleadings on Ridley's behalf. Ridley must seek legal representation from an admitted attorney or must represent himself in relation to his pending motion for compassionate

release.  Thus, the motion is granted as specifically set forth above and denied in all other respects.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 24th day of August, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT